

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Shanna Lynn Hughitt,

Vs. No. 11-15-00277-CR

The State of Texas,

\* From the 35th District Court
of Brown County,
Trial Court No. CR23116.

\* October 31, 2017

\* Opinion by Bailey, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is vacated, and the indictment is dismissed.